# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

08-339-M 01

29375-016

UNITED STATES OF AMERICA
vs.
MOTON, ANDRE D

*Defendant*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P147746 | 07/31/2004 |
| EV66 | |
| DRIVE W/SUSPENDED DRIVERS LIC | |

**FILED**
MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA
ALEX ANNEX DIVISION
DEC 7 7:33 AM '04

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance

Date __12/3/04__

_____
United States Magistrate Judge
HON THOMAS R JONES, JR

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| | |

Name __Byars, Robert C__  Title __DUSM__  District __016__
Date __21 May, 2008__  Signature __Robert C Byars__



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
## EASTERN DISTRICT OF VIRGINIA

**08-339-M 01**

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| MOTON, ANDRE D | P147746  EV66 | 07/31/2004 |
| Defendant. | DRIVE W/SUSPENDED DRIVERS LIC | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ __MANDATORY__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

COURT APPEARANCE REQUIRED   BETWEEN 8:30-2:00
401 Courthouse Square        MON-FRI
Alexandria, VA 22314

Sincerely,
John F. Clark
UNITED STATES MARSHAL

*2nd notice 5-20-05*

PLEASE BE SURE TO
INCLUDE YOUR VIOLATION
NOTICE NUMBER, DATE
ISSUED AND REFERENCE
TO PERSON FINE IS BEING
PAID FOR IF OTHER THAN
PAYER ON ALL CHECKS OR
MONEY ORDERS

BY   __JANICE BROWN__   FOR
DEPUTY UNITED STATES MARSHAL
ROB HAASE

DATE OF NOTICE:  12/07/2004
PHONE:  703-837-5501

COPY II U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

**FILED**
**MAY 21 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

08-339-M 01

# United States District Court
## Violation Notice

Violation No: **P147746**

Location Code: CH08
Date and Time of Offense: 7-31-04 5:30p
Offense Charged: 46.2.301
Place of Offense: N/B Gw@ Exit MKY
Offense Description: Op. After suspension DC&VA

Defendant's Last Name: Aware
First Name: [illegible]
MI: [illegible]

VEHICLE DESCRIPTION: 1993

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Print Officer's Name: DL/[illegible]
Officer No: 165

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND
  MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
  ☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address (circle one): US District Court
Date: 10-14-04
Time: 9:00a

Collateral (first): N/A
For payment by credit card, SEE INSTRUCTIONS
Original CVB Copy

Physical Description:
Sex: M
Race: B
Age: 37
Height: 5'11
Weight: 224
Eyes: [illegible]
Hair: Blk

Weather Conditions: Clear
Traffic Conditions: Light

P147746

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 7-31-04, 19___ while exercising my duties as a law enforcement officer in the __Eastern__ District of __Virginia__

I stopped defendant's motor for a traffic offense on the GWP at Ft MKCY. Per DMV communications Motors driving privileges were suspended by both VA and DC and his truck was unregistered in VA or any other state.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11-18-04
Date
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/3/04
Date
U.S. Magistrate Judge

CVB Scan 9/30/2004 11:58:32