AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

___for the___ DISTRICT OF ___Columbia___

UNITED STATES OF AMERICA

**FILED**
MAY 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

___Andrew Moton___
___(ANDRE)___ Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ___08-339M-01___

CHARGING DISTRICTS
CASE NUMBER: ___P147746 EV66___

I understand that charges are pending in the ___Eastern___ District of ___Virginia___ alleging violation of ___Driving with a suspended license___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

___5/21/08___
Date

_____
Defense Counsel