WARRANT FOR ARREST  CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ANDRE D. MOTON | DOCKET NO: | MAGIS NO 08-339 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ANDRE D. MOTON | |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

FAILURE TO APPEAR IN THE USDC EASTERN DISTRICT OF VA. AS ORDERED BY THE COURT.

FAILURE TO APPEAR BEFORE MAGISTRATE JUDGE JOHN M. FACCIOLA FOR A CONTROL STATUS HEARING ON REMOVAL

FILED
JUN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION: TRAFFIC OFFENSE P147746 EV 66

BAIL FIXED BY COURT: HWOB

OTHER CONDITIONS OF RELEASE:

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| Magistrate Judge John M. Facciola | Magistrate Judge John M. Facciola | 06/06/08 |

| CLERK OF COURT | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | [signature] | 06/06/08 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-17-08 | DUSM Robert Byars | [signature] |
| DATE EXECUTED<br>6-17-08 | | |