Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

*Return Copy*

Date: 07/08/08

Address of Other Court: USDC Eastern District of VA
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 08-MJ-339

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotters Filed on 05/21/08, 05/29/08,06/05/08, 06/06/08 and 06/17/08 | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk